UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH D. DUNCAN,

    Plaintiff,

vs.

BANK OF AMERICA, N.A.,

    Defendant.
_____/

Case No. 13-cv-12303
HON. BERNARD A. FRIEDMAN

## **J U D G M E N T**

The Court has granted defendant's motion to dismiss the complaint.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiff. Costs to be permitted in accordance with law.

DAVID J. WEAVER
CLERK OF COURT

By:_Carol L. Mullins____
Deputy Clerk

June   28 , 2013

Approved:_s/ Bernard A. Friedman_____
BERNARD A. FRIEDMAN
U.S. DISTRICT JUDGE